3:23-cv-843-GCm



# Hilton
## Charlotte University Place

*An Equal Opportunity Employer*

## APPLICATION FOR EMPLOYMENT

Position Applied For: **BANQUET BARTENDER**  Salary Required: **NEGOTIABLE**

Date You Can Start Work: **9-1-2021**  Full-Time ✓  Part-Time ✓

Name: **MARK WALKER**  Telephone: **704-840-9092**

Present Street Address: **7988 SHADY OAK TRAIL UNIT #157**  City: **Charlotte**  State: **N.C.**  Zip: **28210**

Previous Street Address: _____  City: _____  State: _____  Zip: _____

Military Branch (US): _____  Date(s) of Service: _____

How were you referred? **LAID OFF / REHIRE**

Have you ever worked for the Hilton Charlotte University Place? YES ✓ NO___ If yes, when? **12-31-2006**

Have you ever worked for GF Management? YES ✓ NO___ If yes, when? **12-31-2006**

I understand that, if offered a job, I will be permitted to work only upon providing Hilton Charlotte University Place with documentation establishing my identity and my legal authorization for employment in the U.S.

Are you legally authorized to work in the United States as a citizen, US Permanent Alien, or an alien otherwise permitted to work in the U.S.? YES ✓ NO___

## AVAILABILITY

**Days and shifts you are available to work** *(Circle all that apply)*:

| SUNDAY | MONDAY | TUESDAY | WEDNESDAY | THURSDAY | FRIDAY | SATURDAY |
|---|---|---|---|---|---|---|
| (AM) | (AM) | (AM) | (AM) | (AM) | (AM) | (AM) |
| PM | (PM) | (PM) | PM | PM | PM | PM |

I have no restrictions and I am available to work all days/all shifts: YES___ NO ✓

Please list any days/shifts you are restricted from scheduling: **CHURCH ON SUNDAY Evenings**

| EDUCATION | Name & Address | Course of Study | Degree | Graduation | |
|---|---|---|---|---|---|
| High School: | Athara High School | General | H.S. | yes | 1978 |
| Business College: | N/A | | | | |
| College or University: | N/A | | | | |

# EMPLOYMENT HISTORY

| From: 12-31-2006 To: MARCH 19 2019 | Employer: Hilton University Place | Phone: 7045427444 |
|---|---|---|
| Job Title: BANQUET BARTENDER/SERVER | Duties: | |
| Reason for Leaving: Laid off due to Covid 19 Pandemic | Supervisor: MARION CAPTANELLA | Start Salary: $5.00 | End Salary: 12.00 |

| From: JUNE 1996 To: AUGUST 2006 | Employer: CARMEL COUNTRY CLUB | Phone: |
|---|---|---|
| Job Title: CARDROOM Bartender | Duties: CARDROOM Bartender | |
| Reason for Leaving: Loss of hours | Supervisor: TONY BURKE | Start Salary: $10.00 | End Salary: $17.00 |

| From: | To: | Employer: | Phone: |
|---|---|---|---|
| Job Title: | Duties: | |
| Reason for Leaving: | Supervisor: | Start Salary: | End Salary: |

## PERSONAL REFERENCES

Name            Phone

1. _____
2. _____
3. _____

I certify that the information given and statements made herein are true and complete, and understand that if, subsequent to my employment and information or statements are found to be false or information found to have been omitted, I will be subject to termination from employment on that basis alone.

I acknowledge that in connection with my application for employment, promotion or assignment with Hilton Charlotte University Place, I have been advised in writing that an investigative consumer report may be made on my character, general reputation, personal characteristics and mode of living in accordance with applicable law, and that if such report is made, I will be so informed. I further acknowledge that I have been advised in writing that upon written request within a reasonable time, additional information as to the nature and scope of the report, if one is made, will be provided. This written request should be addressed to the manager where the application is filed.

I expressly authorize the Hilton Charlotte University Place, related entities and management company to make investigations and inquiries of the information provided herein and of other related matters. I expressly authorize all personnel, schools, companies, corporations, credit bureaus and law enforcement agencies to supply any and all information concerning my qualifications for employment positions applied for and the information given by me herein. In consideration of being considered for employment, I expressly release the Hilton Charlotte University Place, related entities and management company, as well as any individual or entity providing information, from any and all liability arising from inquiries and investigations made, responses given, and any action taken as a result thereof.

I understand and agree that at all times my employment is at-will and may be terminated by me or by Hilton Charlotte University Place at any time and for any reason consistent with applicable law, with or without notice.

Signature: _Mark Walk_      Date: 9/1/2022

3:23-cv-843-GCM         12-8-2023

On March 15th 2019 I was laid off from Hilton @ University Place due to Covid 19 Pandemic. When Hilton started rehiring in 2021 I reapplied to get my job back after working for them for 14 years. Despite filling out a new application, I was never called and never rehired. After repeatedly inquiring about my employment, I came to the conclusion that Hilton had no intention of rehiring me at any point, and I felt the reason was due to Race, Color, Age and Retaliation due to me filing EEOC Complaints in the past against Hilton @ University Place. I have been granted the right to sue by the EEOC and I am filing a charge of Employment Discrimination against Hilton @ University Place.

Mark Walker 12-8-23